## FRANCES PARKS v. JOHN BYRNE and Others.[1]

December 20, 1912.

Nos. 17,797—(114).

**Case followed.**

Parks v. Byrne, supra, page 519, followed. [Reporter.]

Action in the district court for Renville county to recover $20,000 for conspiracy to slander and circulate false and defamatory reports against defendant and compel her to leave her home. From an order, Qvale, J., overruling defendants' demurrer to the complaint, they appealed. Affirmed.

*J. M. Freeman,* for appellants.

*Homer Morris,* for respondent.

PER CURIAM.

The complaint herein is an alleged cause of action by the wife for the same wrongs for which her husband brought an action, wherein his complaint was sustained against a demurrer. Parks v. Byrne, supra, page 519. Her complaint is substantially the same as his, and must be upheld as stating a cause of action.

Order affirmed.